**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

- [x] ______________ Original Plan
- [ ] ______________ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- [ ] ______________ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: MIGUEL RAMOS JOINT DEBTOR: ______________ CASE NO.: ______________

SS#: xxx-xx- 6608 SS#: xxx-xx-________

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $10,250.14 for months 1 to 24 ;
2. $13,684.88 for months 25 to 42 ;
3. $9,249.51 for months 43 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $5,000.00 Total Paid: $2,187.00 Balance Due: $2,813.00

Payable $703.25 /month (Months 1 to 4 )

Allowed fees under Local Rule 2016-1 are itemized below:
SAFE HARBOR $5,000.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: LAND HOME FINANCIAL SERVICES

Address: 1 Corporate Dr.
Suite 360
Lake Zurich IL 60047

Arrearage/ Payoff on Petition Date $16,000.00

Regular Payment (Maintain) $2,798.00 /month (Months 1 to 36 )

Arrears Payment (Cure) $100.00 /month (Months 1 to 4 )

Last 4 Digits of Account No.: 2928

Arrears Payment (Cure) $177.25 /month (Months 5 to 24 )

Arrears Payment (Cure) $669.72 /month (Months 25 to 42 )

Other:

■ Real Property

■ Principal Residence

☐ Other Real Property

Check one below for Real Property:

■ Escrow is included in the regular payments

☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
5750 S.W. 6 Street
Miami FL 33144

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: ROCKET MORTGAGE

Address: 8950 Cypress Waters Blvd.
Coppell TX 75019

Last 4 Digits of Account No.: 6004

Arrearage/ Payoff on Petition Date 29,000.00

Regular Payment (Maintain) $3,411.00 /month (Months 1 to 36 )

Arrears Payment (Cure) $100.00 /month (Months 1 to 4 )

Arrears Payment (Cure) $602.75 /month (Months 5 to 24 )

Arrears Payment (Cure) $919.17 /month (Months 25 to 42 )

Other:

■ Real Property

☐ Principal Residence

■ Other Real Property

Check one below for Real Property:

■ Escrow is included in the regular payments

☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
7780 S.W. 28 Street
Miami FL 33155

☐ Personal Property/Vehicle

Description of Collateral:

3. Creditor: SELECT PORTFOLIO SERVICES

Address: POB 65250
Salt Lake City UT 84165

Last 4 Digits of Account No.: 9486

Arrearage/ Payoff on Petition Date $7,200.00

Regular Payment (Maintain) $1,130.00 /month (Months 1 to 36 )

Arrears Payment (Cure) $100.00 /month (Months 1 to 4 )

Arrears Payment (Cure) $100.00 /month (Months 5 to 24 )

Arrears Payment (Cure) $266.67 /month (Months 25 to 42 )

Other:

■ Real Property

☐ Principal Residence

■ Other Real Property

Check one below for Real Property:

■ Escrow is included in the regular payments

☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
421 N.E. 68 Street
Unit 8
Miami FL 33138

☐ Personal Property/Vehicle

Description of Collateral: ____

4. Creditor: THE BELLAGIO CONDOMINIUM ASSOCIATION INC.

Address: c/o The Neighborhood Law Group
6900 S.W. 40th Street
POB 557005
Miami FL 33155

Last 4 Digits of Account No.: apt8

| | | | | |
|---|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,165.70 | | | |
| Regular Payment (Maintain) | $556.13 | /month (Months | 1 | to 36 ) |
| Arrears Payment (Cure) | $100.00 | /month (Months | 1 | to 4 ) |
| [Select Payment Type] | $100.00 | /month (Months | 5 | to 24 ) |
| Arrears Payment (Cure) | $431.43 | /month (Months | 25 | to 42 ) |

Other: ____

■ Real Property
☐ Principal Residence
☐ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
421 N.E. 68 Street Unit 8
Miami FL 33138

☐ Personal Property/Vehicle

Description of Collateral: ____

5. Creditor: TROPICAL FINANCIAL CREDIT UNION

Address: 8000 N.W. 7 Street
Miami FL 33126

Last 4 Digits of Account No.: 5420

| | | | | |
|---|---|---|---|---|
| Arrearage/ Payoff on Petition Date | 44.000.00@ 2.90% PAYOFF $46,323.88 | | | |
| Payoff (Including 2.9% monthly interest) | $226.75 | /month (Months | 1 | to 4 ) |
| Payoff (Including 2.9% monthly interest) | $350.00 | /month (Months | 5 | to 24 ) |
| Payoff (Including 2.9% monthly interest) | $2,134.27 | /month (Months | 25 | to 42 ) |

Other: ____

☐ Real Property
☐ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2020 CHEVROLET CORVETTE

B. **VALUATION OF COLLATERAL:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** ■ NONE

E. **DIRECT PAYMENTS** ☐ NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | POINT | 2013 | 7780 S.W. 28 Street Miami FL |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $8,324.56 /month (Months 43 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ▣ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ▣ NONE

**VI. STUDENT LOAN PROGRAM** ▣ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ▣ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

▣ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 11 U.S.C. §521(f)(1)-(f)(4) on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the chapter 13 trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) will provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami Division cases]

**IX. NON-STANDARD PLAN PROVISIONS** ▣ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Miguel Ramos Debtor 08/012/2026 ____________ Joint Debtor ____________
MIGUEL RAMOS Date Date

JARED KULLMAN 08/12/2026
Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.