**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: MIGUEL RAMOS,
Debtor. /

Case No: 26-20717-RAM
Chapter 13

**MOTION FOR ORDER DECLARING THAT AUTOMATIC STAY DOES NOT STAY FORECLOSURE ACTION AGAINST NON-DEBTOR ENTITY, MIGUEL RAMOS, P.A.**

The BELLAGIO CONDOMINIUM ASSOCIATION, INC., ("TBCA"), a Florida not for profit corporation, moves this Court for entry of an order declaring that the automatic stay in this bankruptcy case does not stay its foreclosure action against a non-debtor entity's interest in real property, and states:

1. The property to which this motion relates is owned by non-Debtor, MIGUEL RAMOS, P.A., a Florida for profit corporation, ("the P.A.");

2. The property to which this motion relates is located at 421 NE 68 Street, Unit 8, Miami, FL 33138 and legally described as:

> UNIT NO. 8 OF THE BELLAGIO CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN O.R. BOOK 24289, PAGE 1011, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Also known as 01-3218-080-0080 ("the P.A.'s Property");

3. TBCA is the condominium association where the P.A.'s Property is located;

4. The P.A.'s Property is not Debtor's homestead;[1]

5. The P.A. defaulted on its obligations to TBCA;

6. TBCA sued the P.A., and only the P.A., for damages (past due assessments, late fees, interest, and/or other administrative costs and fees, including attorneys' fees and costs)

1 The Debtor lives at 5750 SW 6th Street, Miami, FL 33144

and to foreclose its lien on the P.A.'s Property;[2]

7. TBCA did not sue the Debtor. The Debtor is not a party to the Foreclosure Case. See *Complaint for Lien Foreclosure* filed in, and the Docket of, the Foreclosure Case attached hereto as *Exhibit A* and *Exhibit B*, respectively;

8. Debtor filed this personal Chapter 13 bankruptcy on August 13, 2026;

9. Debtor's counsel file the *Suggestion of Bankruptcy* attached hereto as *Exhibit C* ("the *Suggestion of Bankruptcy*") in the Foreclosure Case;

10. The *Suggestion of Bankruptcy* incorrectly states that "Defendant has filed a petition for relief under Title 11, United States Code;"

11. The *Suggestion of Bankruptcy* also improperly "suggests that this action has been stayed by operation of Title 11 § 362;"

12. Neither of the foregoing is correct and both are quite obviously incorrect;

13. As a result of Debtor's counsel's filing of the *Suggestion of Bankruptcy*, the court in the Foreclosure Case entered an *Order of Bankruptcy Stay and Closing Case*, a true and correct copy of which is attached hereto as *Exhibit D*; and

14. As a result of all the foregoing, TBCA has been required to retain undersigned counsel to represent its interests in this matter and it has and will incur reasonable bankruptcy attorney's fees, for which the P.A. is obligated to pay.

WHEREFORE, BELLAGIO CONDOMINIUM ASSOCIATION, INC., respectfully prays that this Honorable Court enter an order declaring that the automatic stay in this case does not stay

[2] *The Bellagio Condominium Association, Inc., v. Miguel Rams, P.A, a Florida Corporation, and Unknown Tenant in Possession*, Case No. 2026-041206-CC-25, In the County Court in and for Miami-Dade County, Florida ("the Foreclosure Case");

the Foreclosure Case and that unless the MIGUEL RAMOS, P.A., files a bankruptcy, BELLAGIO CONDOMINIUM ASSOCIATION, INC., may continue to do any and all things necessary to prosecute the Foreclosure Case all the way through judgment, sale, issuances of certificates of sale and title, and issuance and execution of a writ of possession by the successful bidder, the removal of all persons in possession of the P.A.'s Property, the removal of all property within the P.A.'s Property, and the placing of P.A.'s Property into the possession of the person so entitled, and for such other relief as this Court may deem appropriate under the circumstances.

Respectfully Submitted By:

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
Attorney for BELLAGIO
CONDOMINIUM ASSOCIATION, INC.,
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by U.S. Mail on September 28, 2026, to:

None.

A true and correct copy of the foregoing has been sent by electronic transmission on September 28, 2026, to:

Jared Kuhlman at bankruptmenow@yahoo.com.

Dated: September 28, 2026

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
Attorney for THE BELLAGIO
CONDOMINIUM ASSOCIATION, INC.,
Park Place II

12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811

Filing # 244517044 E-Filed 03/24/2026 05:51:30 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

THE BELLAGIO CONDOMINIUM ASSOCIATION, INC.,

PLAINTIFF,

CIVIL DIVISION
CASE NO.:

VS.

MIGUEL RAMOS, P.A., A FLORIDA CORPORATION, and UNKNOWN TENANT IN POSSESSION,

DEFENDANTS.
_________________________________/

**COMPLAINT FOR LIEN FORECLOSURE**

Plaintiff, THE BELLAGIO CONDOMINIUM ASSOCIATION, INC., a Florida not for profit corporation (hereinafter referred to as "ASSOCIATION") by and through its undersigned counsel, hereby sues the Defendants, MIGUEL RAMOS, P.A., A FLORIDA CORPORATION (hereinafter referred to as "CORPORATION "), and UNKNOWN TENANT IN POSSESSION (hereinafter referred to as "UNKNOWN TENANT"), and states as follows:

**COUNT I – LIEN FORECLOSURE**

1. This is an action to foreclose a claim of lien recorded against and on real property located in Miami-Dade, Florida.

2. ASSOCIATION was and is at all times material and relevant hereto a Florida not-for-profit corporation duly authorized and qualified to transact business and having its principal place of business in Miami-Dade County, Florida.

3. CORPORATION was and is at all relevant times the owner of the following

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

described real property located in Miami-Dade County, Florida:

**UNIT NO. 8 OF THE BELLAGIO CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN O.R. BOOK 24289, PAGE 1011, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**a/k/a: 421 NE 68 ST, Unit 8, Miami, FL 33138**

**Folio: 01-3218-080-0080**

4. UNKNOWN TENANT IN POSSESSION is an individual residing in Miami-Dade County, Florida, is over 18 years of age and is otherwise *sui juris*.

5. On December 14, 2016, CORPORATION, acquired title to the subject real property through Warranty Deed, which Warranty Deed is recorded at Official Records Book 30351, Page 2724-2726 of the Public Records of Miami-Dade County, Florida. A true and correct copy of the Warranty Deed is attached hereto as **Exhibit "A".**

6. Pursuant to the Declaration of Right, Restrictions and Covenants, CORPORATION was obligated to make the monthly assessment payments to ASSOCIATION from December 14, 2016 to the present and all past due assessments, late fees, interest, and/or other administrative costs and fees, including attorneys' fees and costs due according to ASSOCIATION's governing documents and applicable Florida Statutes. CORPORATION has failed and refuses to make said payments as required.

7. On September 4, 2025, ASSOCIATION sent a thirty (30) day Notice of Late Assessment to CORPORATION. A true and correct copy of the Notice of Late Assessment and an Affidavit of Mailing Notice of Late Assessment are attached hereto as **Exhibit "B" and Exhibit "C".**

8. On October 23, 2025, ASSOCIATION sent a Notice of Intent to Lien letter via

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Certified Mail and Regular Mail to CORPORATION. A true and correct copy of the Notice of Intent to Lien is attached hereto as **Exhibit "D".**

9. On January 30, 2026, ASSOCIATION sent a Notice of Intent to Foreclose Lien and Lien via Certified and Regular Mail to CORPORATION. The Claim of Lien was duly recorded against the real property at Official Records Book 35141 at Page 2860-2865 of the Public Records of Miami-Dade County, Florida. A copy of the Notice of Intent to Foreclose Lien and a copy of the recorded Claim of Lien are attached hereto as **Exhibit "E"** and **Exhibit "F".**

10. CORPORATION currently owns the real property which is the subject matter of this action.

11. ASSOCIATION has notified CORPORATION of the default under their obligations under the Declaration of Rights, Restrictions and Covenants at their last known address and/or by electronic mail.

12. There is now due and owing from Defendants, CORPORATION, the aggregate sum of $8,343.72 inclusive of $3,002.69 for maintenance assessments and late fees through March 2026; $2,975.00 for foreclosure initiation fees; $317.05 for court costs; $20.79 for summons; $270.00 for service of process; $350.00 for title search and examination fees; $190.59 for copy, postage, and recording; $450.00 for the Claim of Lien; $350.00 for the Notice of Intent to Foreclose Lien; $500.00 for the Notice of Intent to Lien; $350.00 for the Notice of Intent to Collect Rents and Notice to Owner; $350.00 for the Three Day Notice; $150.00 for the Partial Payment Letter; and less payments received in the amount of $932.40.

13. The undersigned attorney represents the interest of the Association. In the event the undersigned is deemed to be a "debt collector" within the meaning of the Fair Debt Collection

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Practices Act, we are hereby giving notice of our attempt to collect the debt set forth in paragraph 12, and any and all information obtained will be used for that purpose.

14. All conditions precedent to filing this foreclosure action have been met and fulfilled or have been waived.

15. Defendant, UNKNOWN TENANT, may claim an interest in the subject property by virtue of possession thereof. Said interest is subject to, inferior and subordinate to Association's lien.

16. ASSOCIATION has retained THE NEIGHBORHOOD LAW GROUP, PLLC, to bring this action and have obligated themselves to pay a reasonable attorney's fee. CORPORATION is obligated to pay ASSOCIATION a reasonable attorney's fee pursuant to applicable Florida Statutes.

**WHEREFORE**, Plaintiff demands an adjudication of all sums due to Plaintiff pursuant to the Claim of Lien, and if the sum is not paid within the time set by this Court, that the property be sold to satisfy Plaintiffs' claim, including interest, late fees, court costs and attorney's fees; and if the proceeds of the sale are insufficient to pay Plaintiff's claim that a deficiency judgment be entered for the sum remaining unpaid against the Defendants, since the filing of the Notice of Lis Pendens and all unknown parties be foreclosed.

**<u>COUNT II – DAMAGES</u>**

17. Plaintiff realleges and reavers Paragraphs 1 through 16 as specifically set forth herein.

18. This is an action for damages against Defendants to recover delinquent homeowner's assessments, interests, late payments, fines, costs and attorney's fees.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

19. Pursuant to Articles of Incorporation and Declaration of Covenants, Conditions and Restrictions filed and duly recorded in the Official Public Records of Miami-Dade County, Florida, ASSOCIATION is entitled to recover all unpaid homeowner's assessments which are delinquent at the time of rendition of judgment.

20. All conditions precedent to filing this action have been met and fulfilled or have been waived.

21. There is now due and owing from Defendants, CORPORATION, the aggregate sum of $8,343.72 inclusive of $3,002.69 for maintenance assessments and late fees through March 2026; $2,975.00 for foreclosure initiation fees; $317.05 for court costs; $20.79 for summons; $270.00 for service of process; $350.00 for title search and examination fees; $190.59 for copy, postage, and recording; $450.00 for the Claim of Lien; $350.00 for the Notice of Intent to Foreclose Lien; $500.00 for the Notice of Intent to Lien; $350.00 for the Notice of Intent to Collect Rents and Notice to Owner; $350.00 for the Three Day Notice; $150.00 for the Partial Payment Letter; and less payments received in the amount of $932.40.

22. ASSOCIATION has retained THE NEIGHBORHOOD LAW GROUP, PLLC, to bring this action and have obligated themselves to pay a reasonable attorney's fee. CORPORATION is obligated to pay ASSOCIATION a reasonable attorney's fee pursuant to applicable Florida Statutes.

**WHEREFORE,** Plaintiff demands judgment for unpaid assessments, special assessments, interest, late fees, fines, attorney fees, costs and all such other amount as this court deems due and owing under the ASSOCIATION'S governing documents and Florida Statutes.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Dated March 24, 2026.

**THE NEIGHBORHOOD LAW GROUP, PLLC**
6900 SW 40TH ST
P.O. BOX 557005
Miami, Florida 33155
Telephone: (305) 564-1531
Fax: (305) 728-0089
E-mail: dlopez@neighborhoodlawgroup.com
admin@neighborhoodlawgroup.com

BY: ______________________________
**DANIEL C. LOPEZ, ESQUIRE**
Florida Bar No. 86093

CFN: 20160727909 BOOK 30351 PAGE 2724
DATE:12/19/2016 03:59:44 PM
DEED DOC 678.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Prepared by and return to:
**Donald J. Kahn, Esq.**
**Attorney at Law**
**Green and Kahn, P.L.**
**317 71st Street**
**Miami Beach, FL 33141**
**305-865-4311**
File Number: **GK-16-0564**

[Space Above This Line For Recording Data]

# Warranty Deed

**This Warranty Deed** made this 14 day of **December, 2016** between **Monica Acevedo, a single woman** whose post office address is **1455 WEST AVE, Unit 804, Miami Beach, FL 33139**, grantor, and **MIGUEL RAMOS, P.A., a Florida Corporation** whose post office address is **201 NW 7TH ST., Unit 109, Miami, FL 33136**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> **Unit No. 8 of The Bellagio Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24289, Page 1011, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.**
>
> **Parcel Identification Number: 01-3218-080-0080**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2016**.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Alexandra Castillo

Witness Name: ANNETTE GARCIA

_______________ (Seal)
MONICA ACEVEDO

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 14th day of December, 2016 by Monica Acevedo, a single woman, who [_] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

VANESSA P. VALDES
MY COMMISSION # EE 861899
EXPIRES: February 18, 2017
Bonded Thru Budget Notary Services
NOTARY PUBLIC STATE OF FLORIDA

_______________
Notary Public

Printed Name: Vanessa Patricia Valdes

My Commission Expires: February 18, 2017

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# ASSOCIATION APPROVAL

## BELLAGIO CONDOMINIUM ASSOCIATION INC

12/16/2016

Hereby certifies Miguel Ramos has been approved As Owner of the following property located within the condominium complex in Miami Dade County, Florida 33138

Street address: 421 ne 68 street unit Number 8

City: Miami, State: Florida Zip code: 33138

Authorized Signature /title

Ray H Wong, CAM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

INCUBATE
PROPERTY MANAGEMENT

THE BELLAGIO CONDOMINIUM ASSOCIATION 09/4/2025

**SENT VIA FIRST CLASS UNITED STATES MAIL**

Miguel Ramos
5760 SW 6th Street
Miami, FL 33144

**NOTICE OF LATE ASSESSMENT**

RE: 421 NE 68th St Unit 8 Miami Fl 33138 The Bellagio Condominium

Dear Owner:

The following amounts are currently due on your account to **The Bellagio Condominium Association** and must be paid within thirty (30) days of the date of this letter. This letter shall serve as the Association's notice of its intent to proceed with further collection action against your property no sooner than thirty (30) days of the date of this letter, unless you pay in full the amounts set forth below:

| | |
|---|---|
| Maintenance Due: (04-01-2025 through 09-01-2025) | $ 2,699.52 |
| Late Fees Due: (04-10-2025 through 09-01-2025) | $ 125.00 |
| Interest Through (06-01-2025 through 09-01-2025)* | $ 155.65 |
| Special Assessment due in installments (through 9-1-25) | $ 1,857.78 |
| TOTAL OUTSTANDING: | $ 4,837.95 |

*Interest accrues at the rate of 18% percent per annum.*

Please remit your payment within thirty (30) days of the date of this letter payable to **The Bellagio Condominium Association** Att: Incubate Property Management at 2600 Douglas Rd # 304 Coral Gables, FL 33134
If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally. If you are currently in active bankruptcy, please provide us with your case number.

In compliance with 15 U.S. Code §1692(g), you are hereby notified that the original creditor for this debt is THE BELLAGIO CONDOMINIU ASSOCIATION. The amount of the debt is as set forth above. You have thirty (30) days of receipt of this notice within which to dispute the validity of the debt. If you notify the undersigned in writing within the thirty (30) day period that the debt is partially or wholly disputed, you will be provided with a verification of the debt. Unless you dispute the validity of the debt, or any portion thereof, within the thirty (30) day period, the debt will be assumed to be valid. You have thirty (30) days of receipt of this notice within which to request in writing the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Mario Jacobs

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**AFFIDAVIT OF MAILING NOTICE OF LATE ASSESSMENT**
**The Bellagio Condominium Association Inc**

STATE OF FLORIDA )
)ss
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, personally appeared Mario Jacobs, who, upon being duly sworn, deposes and says:

1. I am the Manager Licensed Under PART VIII Of Chapter 468 for The Bellagio Condominium Association Inc.
2. I hereby certify that a Notice of Late Assessment which specified the amount owed to The Bellagio Condominium Association Inc. and provided the unit owner an opportunity to pay the amount owed without the assessment of attorney fees was prepared and sent by first-class United States mail on 9-04-2025 to Miguel Ramos , owner of the unit located at 421 NE 68th unit 8 Miami ,FL 33138 in The Bellagio Condominium Association Inc, to his/her/its last address as reflected in The Bellagio Condominium Association Inc records and, if such address is not the unit address, also to the unit address in compliance with Florida Statute §718.121(5) or Florida Statute §720.3085(3)(d), as applicable.

FURTHER AFFIANT SAYETH NAUGHT.

WITNESSES

Sign [signature]
Print Evelyn Avila-Lane
Sign [signature]
Print Derek Varong

Incubate Property Management on Behalf of The Bellagio Condominium Association Inc

By: [signature]
Name: Mario J Jacobs
Title: Manager

Sworn to, affirmed, and subscribed before me by means of [X] physical presence or [ ] online notarization, this 5 day of September, 2025 by Mario J Jacobs, MANAGER LICENSED UNDER PART VIII OF CHAPTER 468 for Provence in the Grove Condominium Association Inc, who [x] is/are personally known to me or who [ ] has/have produced ____________ as identification.

[signature]
Notary Public

Printed Name: Lori A Canterberry

My Commission Expires: 03-31-26

LORI A. CANTERBERRY
Notary Public - State of Florida
Commission # HH 215921
My Comm. Expires Mar 31, 2026
Bonded through National Notary Assn.

EXHIBIT "C"

Exhibit A
11 of 40

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:
Daniel Lopez
The Neighborhood Law Group
Telephone: (305) 564-1531
Email: admin@neighborhoodlawgroup.com

FOR COURT USE ONLY

# PROOF OF SERVICE BY FIRST-CLASS MAIL

CASE NUMBER/S:
2510-00370-THE BELLAGIO CONDO

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   Edex Information Systems, Inc.
   255 New York Ranch Road, Suite # F
   Jackson, CA 95642

3. On (date) 10/23/2025 the following documents were served from (city & state): Jackson, California
   1. DEMAND - NOTICE OF INTENT TO LIEN
   2. ASSOCIATIONOWNERSTATEMENT (7)
   3. DEMAND - LEVY RENTAL LETTER COVER LETTER - CONDOMINIUM
   4. DEMAND - LEVY RENTAL LETTER - CONDOMINIUM

☐ Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:
   1. Miguel Ramos, P.a., A Florida Corporation [Certified Mail Return Receipt Elect]
      421 NE 68th St Apt 8 Miami, FL 33138-5654
   2. Miguel Ramos, P.a., A Florida Corporation
      421 NE 68th St Apt 8 Miami, FL 33138-5654
   3. Miguel Ramos, P.a., A Florida Corporation [Certified Mail Return Receipt Elect]
      5750 SW 6th St Miami, FL 33144-3910
   4. Miguel Ramos, P.a., A Florida Corporation
      5750 SW 6th St Miami, FL 33144-3910

☐ Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date: 10/23/2025

Charles Bowen
(Name of person completing this form)

▶ [signature]
(Signature of person completing this form)

EXHIBIT "D"

Exhibit A
12 of 40

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

THE NEIGHBORHOOD LAW GROUP

The Neighborhood Law Group, PLLC
6900 SW 40th St., PO Box 557005
Miami, FL 33155

PHONE: (305) 564-1531
FAX: (305) 728-0089
www.neighborhoodlawgroup.com

Daniel C. Lopez, Esq.
EMAIL: dlopez@neighborhoodlawgroup.com

October 23, 2025

**SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, AND REGULAR MAIL**

Miguel Ramos, P.A., a Florida Corporation
421 NE 68 ST, Unit 8, Miami, FL 33138

Re: **Notice of Intent to Lien**
The Bellagio Condominium Association, Inc.
Property Address: 421 NE 68 ST, Unit 8, Miami, FL 33138
Account #: 00110233

Dear Unit Owner:

The Neighborhood Law Group, PLLC is a debt collector. We are trying to collect a debt that you owe to The Bellagio Condominium Association, Inc. We will use any information you give us to help collect the debt. The following amounts are currently due on your account to The Bellagio Condominium Association, Inc. and must be paid within forty-five (45) days after your receipt of this letter. This letter shall serve as the Association's notice of intent to record a claim of lien against the above referenced unit no sooner than forty-five (45) days after your receipt of this letter, unless you pay in full the amounts set forth below:

| | |
|---|---|
| Maintenance Due *from 12/01/2024 through 10/12/2025* | $6,263.34 |
| Copy, Postage, General Office Expense | $27.40 |
| Notice of Intent to Lien | $500.00 |
| Notice of Intent to Collect Rents & Notice to Owner | $350.00 |
| Service of Process | $55.00 |
| **Total Due** | **$7,195.74** |

If you have any questions with regard to this matter, please contact the undersigned. Please remit your payment via cashier's check made payable to The Neighborhood Law Group, PLLC Trust Account and mailed to: 6900 SW 40th St., PO Box 557005, Miami, FL 33155. We also offer the option to pay securely online via debit card or ACH. To receive a payment link, please contact our office at (305) 564-1531 or email admin@neighborhoodlawgroup.com, and we will provide you with access to the online payment portal. Please note that a processing fee charged by the payment processor will apply to online payments.

If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally. If you are currently in bankruptcy, please provide us with your case number.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

In compliance with 15 U.S. Code §1692(g), you are hereby notified that the original creditor for this debt is The Bellagio Condominium Association, Inc. The amount of the debt is as set forth above. You have thirty (30) days of receipt of this notice within which to dispute the validity of the debt. If you notify the undersigned in writing within the thirty (30) day period that the debt is partially or wholly disputed, you will be provided with a verification of the debt. Unless you dispute the validity of the debt, or any portion thereof, within the thirty (30) day period, the debt will be assumed to be valid. You have thirty (30) days of receipt of this notice within which to request in writing the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Daniel C. Lopez, Esquire

cc: Client / File

5750 SW 6 St, Miami, FL 33144

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## How can you dispute the debt?

- **Call or write to us within thirty (30) days of your receipt of this notice, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us within thirty (30) days of your receipt of this notice**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or you may write to us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write to us within thirty (30) days of your receipt of this notice, we will stop collection until we send you that information. You may use the form below or write to us without the form.
- **Go to** www.cfpb.gov/debt-collection to learn more about **your rights under federal law**. For instance, you have the right to stop or limit how we contact you.
- **Contact us** about your payment options.
- **Póngase en contacto con nosotros** para solicitar una copia de este formulario en español.

-----✂-----------------------------------------------------------------------------------------------------------------

## How do you want to respond?

**Mail this form to:**

The Neighborhood Law Group, PLLC
6900 SW 40th St.
PO Box 557005
Miami, FL 33155

The Bellagio Condominium Association, Inc.

Miguel Ramos, P.A., a Florida Corporation
421 NE 68 ST, Unit 8, Miami, FL 33138

**Check All that Apply:**

☐ **I want to dispute the debt because I think**:
- ☐ This is not my debt.
- ☐ The amount is wrong.
- ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount**: $___________

Make your check payable to:

The Neighborhood Law Group, PLLC
Trust Account

Include the Property Address and/or Account Number

☐ **Quiero esta forma en español.**

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 10/15/2024 to 10/15/2025

| Statement Period | Statement Date |
|---|---|
| 10/15/2024 - 10/15/2025 | 10/15/2025 |

Miguel Ramos
5750 SW 6th Street
Miami, FL 33144

| Balance Due |
|---|
| $6,263.34 |

Account number 00110233
The Bellagio Condominium Association, Inc - 8

421 Northeast 68th Street
Miami, FL 33138

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2024 | Association fees | 556.13 | 556.13 |
| 11/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/1/2024 | Association fees | 556.13 | 556.13 |
| 12/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/9/2024 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 556.13 | 556.13 |
| 12/12/2024 | Late fee | 25.00 | 581.13 |
| 1/1/2025 | Association fees | 556.13 | 1,137.26 |
| 1/4/2025 | by Miguel Ramos | (1,137.26) | 0.00 |
| 1/8/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,137.26 | 1,137.26 |
| 1/12/2025 | Late fee | 25.00 | 1,162.26 |
| 2/1/2025 | Association fees | 556.13 | 1,718.39 |
| 2/4/2025 | by Miguel Ramos | (1,718.39) | 0.00 |
| 2/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,718.39 | 1,718.39 |
| 2/12/2025 | Late fee | 25.00 | 1,743.39 |
| 2/24/2025 | CC convenience fee | 16.62 | 1,760.01 |
| 2/24/2025 | by Miguel Ramos | (572.62) | 1,187.39 |
| 3/1/2025 | Association fees | 556.13 | 1,743.52 |
| 3/4/2025 | by Miguel Ramos | (1,743.52) | 0.00 |
| 3/5/2025 | CC convenience fee | 14.95 | 14.95 |

**Exhibit A**
**16 of 40**

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 10/15/2024 to 10/15/2025

INCUBATE PROPERTY MANAGEMENT

| Date | Description | Amount | Balance |
|---|---|---|---|
| 3/5/2025 | by Miguel Ramos | (514.95) | (500.00) |
| 3/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,743.52 | 1,243.52 |
| 3/12/2025 | Late fee | 25.00 | 1,268.52 |
| 3/21/2025 | CC convenience fee | 16.46 | 1,284.98 |
| 3/21/2025 | by Miguel Ramos | (566.98) | 718.00 |
| 3/27/2025 | CC convenience fee | 8.20 | 726.20 |
| 3/27/2025 | by Miguel Ramos | (282.33) | 443.87 |
| 4/1/2025 | Association fees | 556.13 | 1,000.00 |
| 4/12/2025 | Late fee | 25.00 | 1,025.00 |
| 4/16/2025 | CC convenience fee | 8.97 | 1,033.97 |
| 4/16/2025 | by Miguel Ramos | (308.97) | 725.00 |
| 4/16/2025 | CC convenience fee | 6.73 | 731.73 |
| 4/16/2025 | by Miguel Ramos | (231.73) | 500.00 |
| 5/1/2025 | Association fees | 556.13 | 1,056.13 |
| 5/12/2025 | Late fee | 25.00 | 1,081.13 |
| 6/1/2025 | Association fees | 556.13 | 1,637.26 |
| 6/1/2025 | Special Assessment-if paid by 6-30-25 received 10% discount | 3,715.53 | 5,352.79 |
| 6/12/2025 | Late fee | 25.00 | 5,377.79 |
| 6/26/2025 | CC convenience fee | 16.63 | 5,394.42 |
| 6/26/2025 | by Miguel Ramos | (572.76) | 4,821.66 |
| 6/30/2025 | Credit | (3,715.53) | 1,106.13 |
| 7/1/2025 | Association fees | 556.13 | 1,662.26 |
| 7/1/2025 | Special Assessment six month installments | 619.26 | 2,281.52 |
| 7/12/2025 | Late fee | 25.00 | 2,306.52 |
| 8/1/2025 | Association fees | 556.13 | 2,862.65 |
| 8/1/2025 | Special Assessment six month installments | 619.26 | 3,481.91 |
| 8/12/2025 | Late fee | 25.00 | 3,506.91 |
| 8/31/2025 | Interest on past due balances | 155.65 | 3,662.56 |
| 9/1/2025 | Association fees | 556.13 | 4,218.69 |
| 9/1/2025 | Special Assessment six month installments | 619.26 | 4,837.95 |
| 9/12/2025 | Late fee | 25.00 | 4,862.95 |
| 9/30/2025 | Fees for preparation of Notice of Late Assessment | 200.00 | 5,062.95 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 10/15/2024 to 10/15/2025

INCUBATE PROPERTY MANAGEMENT

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/1/2025 | Association fees | 556.13 | 5,619.08 |
| 10/1/2025 | Special Assessment six month installments | 619.26 | 6,238.34 |
| 10/12/2025 | Late fee | 25.00 | 6,263.34 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

THE NEIGHBORHOOD LAW GROUP

The Neighborhood Law Group, PLLC
6900 SW 40th St., PO BOX 557005
Miami, FL 33155

PHONE: (305) 564-1531
FAX: (305) 728-0089
www.neighborhoodlawgroup.com

Daniel C. Lopez, Esq.
EMAIL: dlopez@neighborhoodlawgroup.com

October 23, 2025

**SENT CERTIFIED MAIL RETURN RECEIPT REQUESTED AND REGULAR MAIL**

Miguel Ramos, P.A., a Florida Corporation
421 NE 68 ST, Unit 8, Miami, FL 33138

Re: The Bellagio Condominium Association, Inc. - Levy Rental Letter
421 NE 68 ST, Unit 8, Miami, FL 33138

Dear Unit Owner:

Enclosed please find a copy of the notice of intent to collect rents sent to the tenant(s) of the following unit located at The Bellagio Condominium Association, Inc.: 421 NE 68 ST, Unit 8, Miami, FL 33138.

The Association has made demand for rent pursuant to Section 718.116(11) Florida Statutes. Please also allow this letter to serve as demand for a copy of the lease for the above referenced unit.

Further, please be advised that my firm will impose a rent processing fee of $50.00 per rental payment received.

You may avoid the necessity of this action by contacting the office of the undersigned to bring your account current with the Association.

Sincerely,

Daniel C. Lopez, Esquire

cc: Client / File

5750 SW 6 St, Miami, FL 33144

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

THE NEIGHBORHOOD LAW GROUP

The Neighborhood Law Group, PLLC
6900 SW 40th St., PO Box 557005
Miami, FL 33155

PHONE: (305) 564-1531
FAX: (305) 728-0089
www.neighborhoodlawgroup.com

Daniel C. Lopez, Esq.
EMAIL: dlopez@neighborhoodlawgroup.com

October 23, 2025

**SENT VIA HAND-DELIVERY, CERTIFIED MAIL RETURN RECEIPT REQUESTED, AND REGULAR MAIL**

John Doe and/or Jane Doe Tenant(s) in Possession
Owner's Name: Miguel Ramos, P.A., a Florida Corporation
421 NE 68 ST, Unit 8, Miami, FL 33138

Re: **NOTICE OF INTENT TO COLLECT RENTAL PAYMENTS - Florida Statute Section 718.116(11)**

This office represents The Bellagio Condominium Association, Inc., in connection with the collection of past due and delinquent maintenance assessments owed on the real property which you occupy.

Pursuant to Section 718.116(11), Florida Statutes, the Association demands that you pay your rent directly to the condominium Association and continue doing so until the Association notifies you otherwise.

Payment due to the condominium association may be in the same form as you paid your Landlord and must be sent by United States mail to 6900 SW 40th St., PO Box 557005, Miami, FL 33155, and made payable to The Neighborhood Law Group, PLLC, Trust Account. Alternatively, we offer the option to pay securely online via debit card or ACH. To receive a payment link, please contact our office at (305) 564-1531 or email admin@neighborhoodlawgroup.com. Please note that a processing fee charged by the payment processor will apply to online payments. **Include a copy of your lease agreement with your first payment.**

Your obligation to pay your rent to the Association begins immediately, unless you have already paid rent to your landlord for the current period before receiving this notice. In that case, you must provide the Association written proof of your payment **within 14 days** after receiving this notice and your obligation to pay rent to the Association would then begin with the next rental period. **Your written proof of payment must be sent to The Neighborhood Law Group, PLLC via mail or e-mail.**

Pursuant to Section 718.116(11), Florida Statutes, your payment of rent to the Association gives you complete immunity from any claim for the rent by your landlord for all amounts timely paid to the Association.

If your rental payment is not received as set forth above, the Association is authorized to begin eviction proceedings against you.

---

**Exhibit A**

***In compliance with U.S.C. §1692(g), you are hereby notified that the original creditor for this debt is The Bellagio Condominium Association, Inc. This is an attempt to collect a debt, and any information obtained will be used for that purpose.***

Sincerely,

Daniel C. Lopez, Esquire

cc: Client/File

5750 SW 6 St, Miami, FL 33144

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# CERTIFIED MAIL ACCEPTANCE RECEIPT

EDEX Information Systems Inc. /209-223-3461 / edexis.com

**The US Postal Service accepted this mailing at the time shown in the certification seal at right. EDEXIS has stored this USPS acceptance data for your records. You may verify this data by scanning the QR code or visiting the USPS website shown below.**

CERTIFICATION OF USPS ACCEPTANCE
ACCEPTED
10/23/2025
Jackson, CA 95642
*EDEXIS*

**USPS TRACKING#** 9214 8902 6089 5003 7759 91

For tracking history, scan the QR code to the right or click on the website address below:
https://edexis.com/tracking.htm?spk=002460558&did=4896355

Access the official USPS tracking webpage to add tracking notifications by clicking on the website address below:
https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890260895003775991

Sender (from):

The Neighborhood Law Group
6900 SW 40 St., PO Box 557005
Miami, Fl 33155

| | |
|---|---|
| EDEXIS OrderID: 2460558 | Return Receipt (Electronic): YES |
| Acceptance Date: 10/23/2025 | USPS Post Office: Jackson CA 95642 |

Recipient (sent to):

Miguel Ramos, P.a., A Florida Corporation
5750 SW 6th St
Miami, FL 33144-3910

First Class Letter

## Certification of US Postal Service Acceptance

We hereby certify the United States Postal Service accepted this mailing from EDEXIS at the time shown in the certification seal above.

**COMPLIANCE STATEMENT**: EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industry in the United States. We are not a party to any matter or action related to the Sender or Reciever of this mailing.

We confirm USPS acceptance by requiring each Certified Mail barcode is electronically scanned by a postal service employee in our presence when we deposit mail at a US Post Office. We further confirm acceptance by later verifying each Certified Mail tracking number we produce shows an acceptance scan in the USPS tracking data we receive electronically from the postal service. For questions about this mailing, please email support@edexis.com and provide the order number and tracking number shown above.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# CERTIFIED MAIL ACCEPTANCE RECEIPT

EDEX Information Systems Inc. /209-223-3461 / edexis.com

**The US Postal Service accepted this mailing at the time shown in the certification seal at right. EDEXIS has stored this USPS acceptance data for your records. You may verify this data by scanning the QR code or visiting the USPS website shown below.**

CERTIFICATION OF USPS ACCEPTANCE
ACCEPTED
10/23/2025
Jackson, CA 95642
*EDEXIS*

**USPS TRACKING#** 9214 8902 6089 5003 7759 77

For tracking history, scan the QR code to the right or click on the website address below:
https://edexis.com/tracking.htm?spk=002460558&did=4896353

Access the official USPS tracking webpage to add tracking notifications by clicking on the website address below:
https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890260895003775977

Sender (from):

The Neighborhood Law Group
6900 SW 40 St., PO Box 557005
Miami, Fl 33155

| | |
|---|---|
| EDEXIS OrderID: 2460558 | Return Receipt (Electronic): YES |
| Acceptance Date: 10/23/2025 | USPS Post Office: Jackson CA 95642 |

Recipient (sent to):

Miguel Ramos, P.a., A Florida Corporation
421 NE 68th St Apt 8
Miami, FL 33138-5654

First Class Letter

## Certification of US Postal Service Acceptance

We hereby certify the United States Postal Service accepted this mailing from EDEXIS at the time shown in the certification seal above.

**COMPLIANCE STATEMENT**: EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industry in the United States. We are not a party to any matter or action related to the Sender or Reciever of this mailing.

We confirm USPS acceptance by requiring each Certified Mail barcode is electronically scanned by a postal service employee in our presence when we deposit mail at a US Post Office. We further confirm acceptance by later verifying each Certified Mail tracking number we produce shows an acceptance scan in the USPS tracking data we receive electronically from the postal service. For questions about this mailing, please email support@edexis.com and provide the order number and tracking number shown above.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:

Daniel C. Lopez, Esq.
The Neighborhood Law Group
Telephone: (305) 564-1531
Email: aquintero@neighborhoodlawgroup.com

FOR COURT USE ONLY

CASE NUMBER/S:

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   Edex Information Systems
   795 California 49
   Jackson, CA 95642

3. On (date) 02/02/2026 the following documents were served from (city & state): Jackson, California

   1. LIEN - NOTICE OF INTENT TO FORECLOSE LIEN - COLLECTIONS
   2. CLAIM OF LIEN FOR NOTARY 00370NOTARIZED

   ☐ Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. Miguel Ramos, P.a., A Florida Corporation [Certified Mail Return Receipt Elect]
      421 NE 68th St Apt 8 Miami, FL 33138-5654
   2. Miguel Ramos, P.a., A Florida Corporation
      421 NE 68th St Apt 8 Miami, FL 33138-5654
   3. Miguel Ramos, P.a., A Florida Corporation [Certified Mail Return Receipt Elect]
      5750 SW 6th St Miami, FL 33144-3910
   4. Miguel Ramos, P.a., A Florida Corporation
      5750 SW 6th St Miami, FL 33144-3910

   ☐ Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date: 02/02/2026

Charles Bowen
(Name of person completing this form)

▶ [signature]
(Signature of person completing this form)

EXHIBIT "E"

**Exhibit A**
**24 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

THE NEIGHBORHOOD LAW GROUP

The Neighborhood Law Group, PLLC
6900 SW 40th St., PO BOX 557005
Miami, FL 33155

PHONE: (305) 564-1531
FAX: (305) 728-0089
www.neighborhoodlawgroup.com

Daniel C. Lopez, Esq.
EMAIL: dlopez@neighborhoodlawgroup.com

01/30/2026

**SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND REGULAR MAIL**

Miguel Ramos, P.A., a Florida Corporation
421 NE 68 ST, Unit 8, Miami, FL 33138

**Re: The Bellagio Condominium Association, Inc.**
Property Address: 421 NE 68 ST, Unit 8, Miami, FL 33138 / 00110233

Dear Unit Owner:

Please be advised that this office represents The Bellagio Condominium Association, Inc. ("Association"). This letter is to inform you that the attached Claim of Lien has been filed against your property and sent to recording because you have not paid the maintenance assessments and/or such other amounts more particularly listed below to Association. The Association intends to foreclose the lien and collect the unpaid amount within forty-five (45) days of this letter being provided to you. You owe interest accruing from the inception of the debt until the date the debt is paid in full. As of the date of this letter the total amount due is as set forth below:

| | **Amount Due** |
|---|---|
| Regular Maintenance (12/01/2024 through 01/21/2026) | $1,751.63 |
| Copy, Postage and Notarization Costs | $104.32 |
| Recording Costs | $86.27 |
| Notice of Intent to Collect Rents and Notice to Owner | $350.00 |
| Service of Process (Notice of Intent to Collect Rents) | $50.00 |
| Three Day Notice | $350.00 |
| Service of Process (Three Day Notice) | $50.00 |
| Notice of Intent to Lien | $500.00 |
| Title Search and Examination | $350.00 |
| Notice of Intent to Foreclose Lien | $350.00 |
| Claim of Lien | $450.00 |
| *Less Payment Received* | ($932.40) |
| **Total Amount Due** | **$3,459.82** |

All costs of any action and interest from this day forward will also be charged to your account. The lien will secure additional assessments, special assessments, late fees, interest, fines, such other

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

amounts charged to your account, as well as costs, and attorney's fees incurred in collecting the additional amounts.

If you have any questions regarding this matter, please do not hesitate to contact us using the contact information in the letterhead above. Please remit your payment via cashier's check made payable to The Neighborhood Law Group, PLLC Trust Account and mailed to: 6900 SW 40th St., PO Box 557005, Miami, FL 33155. We also offer the option to pay securely online via debit card or ACH. To receive a payment link, please contact our office at (305) 564-1531 or email admin@neighborhoodlawgroup.com, and we will provide you with access to the online payment portal. Please note that a processing fee charged by the payment processor will apply to online payments.

***If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally. If you are currently in bankruptcy, please provide us with your case number.***

***This is an attempt to collect a debt and any information received will be used for that purpose.***

Sincerely,

Daniel C. Lopez, Esquire

5750 SW 6 ST, Miami, FL 33144

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Prepared by and return to:
Daniel C. Lopez, Esq.
The Neighborhood Law Group, PLLC
6900 SW 40th St.
PO Box 557005
Miami, FL 33155
Tel.: (305) 564-1531
dlopez@neighborhoodlawgroup.com

[Space Above This Line For Recording Data]

## CLAIM OF LIEN

The Bellagio Condominium Association, Inc., a non-profit Florida corporation, organized and existing pursuant to the Declaration of Covenants, Conditions and Restrictions for The Bellagio Condominium Association, Inc., whose address is 2600 DOUGLAS #304 Coral Gables, FL 33134 and c/o The Neighborhood Law Group, PLLC, 6900 SW 40th St., PO Box 557005, Miami, FL 33155, does hereby claim a lien for unpaid assessments against the following described real property in Miami-Dade County, Florida:

**Unit No. 8 of The Bellagio Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24289, Page 1011, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.**

**a/k/a: 421 NE 68 ST, Unit 8, Miami, FL 33138**

**Folio: 01-3218-080-0080**

**OWNED BY: Miguel Ramos, P.A., a Florida Corporation**

Said lien is claimed due to the failure of the owner to pay the following assessments:

| | **Amount Due** |
|---|---|
| Regular Maintenance 12/01/2024 through 01/21/2026)* | $1,751.63 |
| Copy, Postage and Notarization Costs | $104.32 |
| Recording Costs | $86.27 |
| Notice of Intent to Collect Rents and Notice to Owner | $350.00 |
| Service of Process (Notice of Intent to Collect Rents) | $50.00 |
| Three Day Notice | $350.00 |
| Service of Process (Three Day Notice) | $50.00 |
| Notice of Intent to Lien | $500.00 |
| Title Search and Examination | $350.00 |
| Notice of Intent to Foreclose Lien | $350.00 |
| Claim of Lien | $450.00 |
| *Less Payment Received* | ($932.40) |
| **Total Amount Due** | **$3,459.82** |

and all further sums that shall become due and unpaid subsequent to the filing of this lien.

*A detailed account statement ledger showing an account history and specific due dates is attached hereto as an exhibit and incorporated by reference herein and made a part hereof.

**Exhibit A**
**27 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

In addition to the unpaid assessments, the lien shall also secure the payment of interest due on the unpaid assessments computed at the rate of eighteen percent (18%) per annum or the amount set forth in the association's governing documents, if applicable, from the due date of the assessment until paid in full, as well as the payment of all costs and a reasonable attorney's fee incurred by the Association in connection with the collection of the unpaid assessments and interest.

The Bellagio Condominium Association, Inc.

BY: ______________________________

C/O DANIEL C. LOPEZ, as Attorney and Agent
The Neighborhood Law Group, PLLC
6900 SW 40th St., PO Box 557005,
Miami FL, 33155

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me by means of [_] physical presence or [X] online notarization this 30th day of January 2026, by Daniel C. Lopez as Attorney and Agent for The Bellagio Condominium Association, Inc., a not for profit Florida corporation.

Priscilla Yero
______________________________
NOTARY PUBLIC, State of Florida Priscilla Yero

My Commission Expires: December 1, 2028

Personally Known _______ OR Produced Identification X_____
Type of Identification Produced Florida Driver's License

NOTARY PUBLIC STATE OF FLORIDA
PRISCILLA YERO
Notary Public - State of Florida
Commission # HH 616668
My Comm. Expires Dec 1, 2028

This notarial act was an online notarization

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 10/15/2024 to 10/15/2025

| Statement Period | Statement Date |
|---|---|
| 10/15/2024 - 10/15/2025 | 10/15/2025 |

Miguel Ramos
5750 SW 6th Street
Miami, FL 33144

| Balance Due |
|---|
| $6,263.34 |

Account number 00110233
The Bellagio Condominium Association, Inc - 8

421 Northeast 68th Street
Miami, FL 33138

DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2024 | Association fees | 556.13 | 556.13 |
| 11/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/1/2024 | Association fees | 556.13 | 556.13 |
| 12/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/9/2024 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 556.13 | 556.13 |
| 12/12/2024 | Late fee | 25.00 | 581.13 |
| 1/1/2025 | Association fees | 556.13 | 1,137.26 |
| 1/4/2025 | by Miguel Ramos | (1,137.26) | 0.00 |
| 1/8/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,137.26 | 1,137.26 |
| 1/12/2025 | Late fee | 25.00 | 1,162.26 |
| 2/1/2025 | Association fees | 556.13 | 1,718.39 |
| 2/4/2025 | by Miguel Ramos | (1,718.39) | 0.00 |
| 2/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,718.39 | 1,718.39 |
| 2/12/2025 | Late fee | 25.00 | 1,743.39 |
| 2/24/2025 | CC convenience fee | 16.62 | 1,760.01 |
| 2/24/2025 | by Miguel Ramos | (572.62) | 1,187.39 |
| 3/1/2025 | Association fees | 556.13 | 1,743.52 |
| 3/4/2025 | by Miguel Ramos | (1,743.52) | 0.00 |
| 3/5/2025 | CC convenience fee | 14.95 | 14.95 |

**Exhibit A**
**29 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

INCUBATE PROPERTY MANAGEMENT

| Statement Period | Statement Date |
|---|---|
| 1/21/2025 - 1/21/2026 | 1/21/2026 |

Miguel Ramos
5750 SW 6th Street
Miami, FL 33144

| Balance Due |
|---|
| $1,751[illegible] |

Account number 00110233
The Bellagio Condominium Association, Inc - 8

| Date | Description | Amount | Balance |
|---|---|---|---|
| 2/1/2025 | Association fees | 556.13 | 1,718.39 |
| 2/4/2025 | by Miguel Ramos | (1,718.39) | 0.00 |
| 2/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,718.39 | 1,718.39 |
| 2/12/2025 | Late fee | 25.00 | 1,743.39 |
| 2/24/2025 | CC convenience fee | 16.62 | 1,760.01 |
| 2/24/2025 | by Miguel Ramos | (572.62) | 1,187.39 |
| 3/1/2025 | Association fees | 556.13 | 1,743.52 |
| 3/4/2025 | by Miguel Ramos | (1,743.52) | 0.00 |
| 3/5/2025 | CC convenience fee | 14.95 | 14.95 |
| 3/5/2025 | by Miguel Ramos | (514.95) | (500.00) |
| 3/7/2025 | REVERSED - (R01) Bal[illegible]ce is not sufficient to cover value of transaction.: by Miguel Ramos | 1,743.52 | 1,243.52 |
| 3/12/2025 | Late fee | 25.00 | 1,268.52 |
| 3/21/2025 | CC conve[illegible]nce fee | 16.46 | 1,284.98 |
| 3/21/2025 | by Migue[illegible] Ramos | (566.98) | 718.00 |
| 3/27/2025 | CC convenience fee | 8.20 | 726.20 |
| 3/27/2025 | [illegible] Miguel Ramos | (282.33) | 443.87 |
| 4/1/2025 | Association fees | 556.13 | 1,000.00 |
| 4/1[illegible]/2025 | Late fee | 25.00 | 1,025.00 |
| 4/16/2025 | CC convenience fee | 8.97 | 1,033.97 |
| 4/16/2025 | by Miguel Ramos | (308.97) | 725.00 |
| 4/16/2025 | CC convenience fee | 6.73 | 731.73 |
| 4/16/2025 | by Miguel Ramos | (231.73) | 500.00 |
| 5/1/2025 | Association fees | 556.13 | 1,056.13 |

**Exhibit A**
**30 of 40**

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

INCUBATE
PROPERTY MANAGEMENT

| Date | Description | Amount | Balance |
|---|---|---|---|
| 5/12/2025 | Late fee | 25.00 | 1,081.13 |
| 6/1/2025 | Association fees | 556.13 | 1,637.26 |
| 6/1/2025 | Special Assessment-if paid by 6-30-25 received 10% discount | 3,715.53 | 5,352.79 |
| 6/12/2025 | Late fee | 25.00 | 5,377.79 |
| 6/26/2025 | CC convenience fee | 1[illegible]63 | 5,394.42 |
| 6/26/2025 | by Miguel Ramos | (572.76) | 4,821.66 |
| 6/30/2025 | Credit | (3,715.53) | 1,106.13 |
| 7/1/2025 | Association fees | 556.13 | 1,662.26 |
| 7/1/2025 | Special Assessment six month installments | 619.26 | 2,281.52 |
| 7/12/2025 | Late fee | 25.00 | 2,306.52 |
| 8/1/2025 | Association fees | 556.13 | 2,862.65 |
| 8/1/2025 | Special Assessment six month installments | 619.26 | 3,481.91 |
| 8/12/2025 | Late fee | 25.00 | 3,506.91 |
| 8/31/2025 | Interest on past due balances | 155.65 | 3,662.56 |
| 9/1/2025 | Association fees | 556.13 | 4,218.69 |
| 9/1/2025 | Special Assessment six month installments | 619.26 | 4,837.95 |
| 9/12/2025 | Late fee | 25.00 | 4,862.95 |
| 9/30/2025 | Fees for preparation of Notice of [illegible]e Assessment | 200.00 | 5,062.95 |
| 10/1/2025 | Association fees | 556.13 | 5,619.08 |
| 10/1/2025 | Special Assessment six [illegible]onth installments | 619.26 | 6,238.34 |
| 10/12/2025 | Late fee | 25.00 | 6,263.34 |
| 11/1/2025 | Association fees | 556.13 | 6,819.47 |
| 11/1/2025 | Special As[illegible]ssment six month installments | 619.26 | 7,438.73 |
| 11/12/2025 | Late fee | 25.00 | 7,463.73 |
| 12/1/2025 | A[illegible]sociation fees | 556.13 | 8,019.86 |
| 12/1/2025 | [illegible]ecial Assessment six month installments | 619.26 | 8,639.12 |
| 12/12/2025 | Late fee | 25.00 | 8,664.12 |
| [illegible]2/[illegible]/2025 | Interest on past due | 435.82 | 9,099.94 |
| 12/31/2025 | Charge | 85.26 | 9,185.20 |
| 1/1/2026 | Association fees | 556.13 | 9,741.33 |
| 1/12/2026 | Late fee | 25.00 | 9,766.33 |
| 1/12/2026 | Amount Wired from Neighborhood Trust Account. | (3,667.54) | 6,098.79 |
| 1/12/2026 | Attorney's fees for collection charges | 932.40 | 7,031.19 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/12/2026 | Credit | (932.40) | 6,098.79 |
| 1/21/2026 | Collection charges due The Neighborhood Law Group | 152.84 | 6,251.63 |
| 1/21/2026 | Received cashier check from Mighel Ramos (Check #6629607043) | (4,500.00) | 1,751.63 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS
NOT AN OFFICIAL COPY - PUBLIC ACCESS

**Exhibit A
32 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# CERTIFIED MAIL ACCEPTANCE RECEIPT

The United States Postal Service accepted this mailing at the postal facility and on the date indicated below. EDEXIS receives and securely retains all USPS-provided tracking data associated with this mailing. This Certificate of Acceptance was generated based upon USPS "In-Process" scan data as received directly from the United States Postal Service.

USPS ACCEPTANCE CERTIFICATION
ACCEPTED
02/02/2026
Jackson, CA 95642
EDEX MAILING

**USPS TRACKING#** 9214 8902 6089 5006 1694 90

**Sender** (from):

The Neighborhood Law Group
6900 SW 40 St., PO Box 557005
Miami, FL 33155

EDEXIS OrderID: 20260130134803_002622768

USPS Acceptance Date: 02/02/2026
"In-Process" movement scans received.
USPS Post Office: **Jackson/West Sac**
Return Receipt (Electronic): YES
USPS Service: First Class Letter

**Recipient** (mailed to):

Miguel Ramos, P.a., A Florida Corporation
5750 SW 6th St
Miami, FL 33144-3910

**USPS Acceptance/Movement Scan Data**

02/02/2026 MA : Manifest Accepted - Jackson, CA 95642
02/02/2026 TM : SHIPMENT RECEIVED ACCEPTANCE PENDING - Jackson, CA 95642
02/03/2026 10 : Processed - en route - West Sac, CA 95799
02/03/2026 10 : Processed - en route - West Sac, CA 95799
02/03/2026 OA : ORIGIN ACCEPTANCE - Jackson, CA 95642

**View All Tracking**

## Certificate Compliance Statement

EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industries in the United States. We are not a party to any matter of action related to the sender or recipient of this mailing. This mail piece was processed in compliance with our normal business practices and delivered to the US Postal Service by EDEXIS employees. This certificate was generated after receiving "In-Process" tracking data from the US Postal Service. Scan the QR code above to view all tracking data for this mailing.

**Edex Information Systems, Inc.**
795 California 49
Jackson, CA 95642 USA
(866) 438-3339 - (209) 223-3461
support@edexis.com
edexis.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# CERTIFIED MAIL ACCEPTANCE RECEIPT

The United States Postal Service accepted this mailing at the postal facility and on the date indicated below. EDEXIS receives and securely retains all USPS-provided tracking data associated with this mailing. This Certificate of Acceptance was generated based upon USPS "In-Process" scan data as received directly from the United States Postal Service.

USPS ACCEPTANCE CERTIFICATION
ACCEPTED
02/02/2026
Jackson, CA 95642
EDEX MAILING

**USPS TRACKING#** 9214 8902 6089 5006 1694 76

**Sender** (from):

The Neighborhood Law Group
6900 SW 40 St., PO Box 557005
Miami, FL 33155

EDEXIS OrderID: 20260130134803_002622768

USPS Acceptance Date: 02/02/2026
"In-Process" movement scans received.
USPS Post Office: **Jackson/West Sac**
Return Receipt (Electronic): YES
USPS Service: First Class Letter

**Recipient** (mailed to):

Miguel Ramos, P.a., A Florida Corporation
421 NE 68th St Apt 8
Miami, FL 33138-5654

**USPS Acceptance/Movement Scan Data**

**View All Tracking**

02/02/2026 MA : Manifest Accepted - Jackson, CA 95642
02/02/2026 TM : SHIPMENT RECEIVED ACCEPTANCE PENDING - Jackson, CA 95642
02/03/2026 10 : Processed - en route - West Sac, CA 95799
02/03/2026 10 : Processed - en route - West Sac, CA 95799
02/03/2026 OA : ORIGIN ACCEPTANCE - Jackson, CA 95642

## Certificate Compliance Statement

EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industries in the United States. We are not a party to any matter of action related to the sender or recipient of this mailing. This mail piece was processed in compliance with our normal business practices and delivered to the US Postal Service by EDEXIS employees. This certificate was generated after receiving "In-Process" tracking data from the US Postal Service. Scan the QR code above to view all tracking data for this mailing.

**Edex Information Systems, Inc.**
795 California 49
Jackson, CA 95642 USA
(866) 438-3339 - (209) 223-3461
support@edexis.com
edexis.com

CFN: 20260069858 BOOK 35141 PAGE 2860
DATE:02/02/2026 08:13:01 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

Prepared by and return to:
Daniel C. Lopez, Esq.
The Neighborhood Law Group, PLLC
6900 SW 40th St.
PO Box 557005
Miami, FL 33155
Tel.: (305) 564-1531
dlopez@neighborhoodlawgroup.com

[Space Above This Line For Recording Data]

# CLAIM OF LIEN

The Bellagio Condominium Association, Inc., a non-profit Florida corporation, organized and existing pursuant to the Declaration of Covenants, Conditions and Restrictions for The Bellagio Condominium Association, Inc., whose address is 2600 DOUGLAS #304 Coral Gables, FL 33134 and c/o The Neighborhood Law Group, PLLC, 6900 SW 40th St., PO Box 557005, Miami, FL 33155, does hereby claim a lien for unpaid assessments against the following described real property in Miami-Dade County, Florida:

**Unit No. 8 of The Bellagio Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 24289, Page 1011, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida.**

**a/k/a: 421 NE 68 ST, Unit 8, Miami, FL 33138**

**Folio: 01-3218-080-0080**

**OWNED BY: Miguel Ramos, P.A., a Florida Corporation**

Said lien is claimed due to the failure of the owner to pay the following assessments:

| | Amount Due |
|---|---|
| Regular Maintenance 12/01/2024 through 01/21/2026)* | $1,751.63 |
| Copy, Postage and Notarization Costs | $104.32 |
| Recording Costs | $86.27 |
| Notice of Intent to Collect Rents and Notice to Owner | $350.00 |
| Service of Process (Notice of Intent to Collect Rents) | $50.00 |
| Three Day Notice | $350.00 |
| Service of Process (Three Day Notice) | $50.00 |
| Notice of Intent to Lien | $500.00 |
| Title Search and Examination | $350.00 |
| Notice of Intent to Foreclose Lien | $350.00 |
| Claim of Lien | $450.00 |
| *Less Payment Received* | ($932.40) |
| **Total Amount Due** | **$3,459.82** |

and all further sums that shall become due and unpaid subsequent to the filing of this lien.

*A detailed account statement ledger showing an account history and specific due dates is attached hereto as an exhibit and incorporated by reference herein and made a part hereof.

EXHIBIT "F"

**Exhibit A**
**35 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

In addition to the unpaid assessments, the lien shall also secure the payment of interest due on the unpaid assessments computed at the rate of eighteen percent (18%) per annum or the amount set forth in the association's governing documents, if applicable, from the due date of the assessment until paid in full, as well as the payment of all costs and a reasonable attorney's fee incurred by the Association in connection with the collection of the unpaid assessments and interest.

The Bellagio Condominium Association, Inc.

BY: ______________________________
C/O DANIEL C. LOPEZ, as Attorney and Agent
The Neighborhood Law Group, PLLC
6900 SW 40th St., PO Box 557005,
Miami FL, 33155

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me by means of [_] physical presence or [X] online notarization this 30th day of January 2026, by Daniel C. Lopez as Attorney and Agent for The Bellagio Condominium Association, Inc., a not for profit Florida corporation.

Priscilla Yero
______________________________
NOTARY PUBLIC, State of Florida Priscilla Yero

My Commission Expires: December 1, 2028

Personally Known _______ OR Produced Identification X
Type of Identification Produced Florida Driver's License

PRISCILLA YERO
Notary Public - State of Florida
Commission # HH 616668
My Comm. Expires Dec 1, 2028

This notarial act was an online notarization

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 10/15/2024 to 10/15/2025

| Statement Period | Statement Date |
|---|---|
| 10/15/2024 - 10/15/2025 | 10/15/2025 |

Miguel Ramos
5750 SW 6th Street
Miami, FL 33144

Balance Due
$6,263.34

Account number 00110233
The Bellagio Condominium Association, Inc - 8

421 Northeast 68th Street
Miami, FL 33138

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2024 | Association fees | 556.13 | 556.13 |
| 11/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/1/2024 | Association fees | 556.13 | 556.13 |
| 12/4/2024 | by Miguel Ramos | (556.13) | 0.00 |
| 12/9/2024 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 556.13 | 556.13 |
| 12/12/2024 | Late fee | 25.00 | 581.13 |
| 1/1/2025 | Association fees | 556.13 | 1,137.26 |
| 1/4/2025 | by Miguel Ramos | (1,137.26) | 0.00 |
| 1/8/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,137.26 | 1,137.26 |
| 1/12/2025 | Late fee | 25.00 | 1,162.26 |
| 2/1/2025 | Association fees | 556.13 | 1,718.39 |
| 2/4/2025 | by Miguel Ramos | (1,718.39) | 0.00 |
| 2/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,718.39 | 1,718.39 |
| 2/12/2025 | Late fee | 25.00 | 1,743.39 |
| 2/24/2025 | CC convenience fee | 16.62 | 1,760.01 |
| 2/24/2025 | by Miguel Ramos | (572.62) | 1,187.39 |
| 3/1/2025 | Association fees | 556.13 | 1,743.52 |
| 3/4/2025 | by Miguel Ramos | (1,743.52) | 0.00 |
| 3/5/2025 | CC convenience fee | 14.95 | 14.95 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

**Exhibit A**
**37 of 40**

CFN: 20260069858 BOOK 35141 PAGE 2863

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

Prepared By: Incubate Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

INCUBATE

| Statement Period | Statement Date |
|---|---|
| 1/21/2025 - 1/21/2026 | 1/21/2026 |

Miguel Ramos
5750 SW 6th Street
Miami, FL 33144

Balance Due
$1,751.63

Account number 00110233
The Bellagio Condominium Association, Inc - 8

| Date | Description | Amount | Balance |
|---|---|---|---|
| 2/1/2025 | Association fees | 556.13 | 1,718.39 |
| 2/4/2025 | by Miguel Ramos | (1,718.39) | 0.00 |
| 2/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,718.39 | 1,718.39 |
| 2/12/2025 | Late fee | 25.00 | 1,743.39 |
| 2/24/2025 | CC convenience fee | 16.62 | 1,760.01 |
| 2/24/2025 | by Miguel Ramos | (572.62) | 1,187.39 |
| 3/1/2025 | Association fees | 556.13 | 1,743.52 |
| 3/4/2025 | by Miguel Ramos | (1,743.52) | 0.00 |
| 3/5/2025 | CC convenience fee | 14.95 | 14.95 |
| 3/5/2025 | by Miguel Ramos | (514.95) | (500.00) |
| 3/7/2025 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Miguel Ramos | 1,743.52 | 1,243.52 |
| 3/12/2025 | Late fee | 25.00 | 1,268.52 |
| 3/21/2025 | CC convenience fee | 16.46 | 1,284.98 |
| 3/21/2025 | by Miguel Ramos | (566.98) | 718.00 |
| 3/27/2025 | CC convenience fee | 8.20 | 726.20 |
| 3/27/2025 | by Miguel Ramos | (282.33) | 443.87 |
| 4/1/2025 | Association fees | 556.13 | 1,000.00 |
| 4/12/2025 | Late fee | 25.00 | 1,025.00 |
| 4/16/2025 | CC convenience fee | 8.97 | 1,033.97 |
| 4/16/2025 | by Miguel Ramos | (308.97) | 725.00 |
| 4/16/2025 | CC convenience fee | 6.73 | 731.73 |
| 4/16/2025 | by Miguel Ramos | (231.73) | 500.00 |
| 5/1/2025 | Association fees | 556.13 | 1,056.13 |

Exhibit A
38 of 40

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

| Date | Description | Amount | Balance |
|---|---|---|---|
| 5/12/2025 | Late fee | 25.00 | 1,081.13 |
| 6/1/2025 | Association fees | 556.13 | 1,637.26 |
| 6/1/2025 | Special Assessment-if paid by 6-30-25 received 10% discount | 3,715.53 | 5,352.79 |
| 6/12/2025 | Late fee | 25.00 | 5,377.79 |
| 6/26/2025 | CC convenience fee | 16.63 | 5,394.42 |
| 6/26/2025 | by Miguel Ramos | (572.76) | 4,821.66 |
| 6/30/2025 | Credit | (3,715.53) | 1,106.13 |
| 7/1/2025 | Association fees | 556.13 | 1,662.26 |
| 7/1/2025 | Special Assessment six month installments | 619.26 | 2,281.52 |
| 7/12/2025 | Late fee | 25.00 | 2,306.52 |
| 8/1/2025 | Association fees | 556.13 | 2,862.65 |
| 8/1/2025 | Special Assessment six month installments | 619.26 | 3,481.91 |
| 8/12/2025 | Late fee | 25.00 | 3,506.91 |
| 8/31/2025 | Interest on past due balances | 155.65 | 3,662.56 |
| 9/1/2025 | Association fees | 556.13 | 4,218.69 |
| 9/1/2025 | Special Assessment six month installments | 619.26 | 4,837.95 |
| 9/12/2025 | Late fee | 25.00 | 4,862.95 |
| 9/30/2025 | Fees for preparation of Notice of Late Assessment | 200.00 | 5,062.95 |
| 10/1/2025 | Association fees | 556.13 | 5,619.08 |
| 10/1/2025 | Special Assessment six month installments | 619.26 | 6,238.34 |
| 10/12/2025 | Late fee | 25.00 | 6,263.34 |
| 11/1/2025 | Association fees | 556.13 | 6,819.47 |
| 11/1/2025 | Special Assessment six month installments | 619.26 | 7,438.73 |
| 11/12/2025 | Late fee | 25.00 | 7,463.73 |
| 12/1/2025 | Association fees | 556.13 | 8,019.86 |
| 12/1/2025 | Special Assessment six month installments | 619.26 | 8,639.12 |
| 12/12/2025 | Late fee | 25.00 | 8,664.12 |
| 12/12/2025 | Interest on past due | 435.82 | 9,099.94 |
| 12/31/2025 | Charge | 85.26 | 9,185.20 |
| 1/1/2026 | Association fees | 556.13 | 9,741.33 |
| 1/12/2026 | Late fee | 25.00 | 9,766.33 |
| 1/12/2026 | Amount Wired from Neighborhood Trust Account. | (3,667.54) | 6,098.79 |
| 1/12/2026 | Attorney's fees for collection charges | 932.40 | 7,031.19 |



**Exhibit A**
**39 of 40**

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

CFN: 20260069858 BOOK 35141 PAGE 2865

Prepared By: Incubate
Property Management
2600 DOUGLAS
Suite 304
Coral Gables, FL 33134

# Association Owner Statement

For
From 1/21/2025 to 1/21/2026

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/12/2026 | Credit | (932.40) | 6,098.79 |
| 1/21/2026 | Collection charges due The Neighborhood Law Group | 152.84 | 6,251.63 |
| 1/21/2026 | Received cashier check from Mighel Ramos (Check #6629607043) | (4,500.00) | 1,751.63 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS NOT AN OFFICIAL COPY - PUBLIC ACCESS
DOES NOT INCLUDE ATTORNEY'S FEES AND COSTS

**Exhibit A**
**40 of 40**

# Case Information

**Local Case Number:**
2026-041206-CC-25

**State Case Number:**
132026CC04120601GE25

**Case Style:**
The Bellagio Condominium Association, Inc. vs MIGUEL RAMOS, P.A., A FLORIDA CORPORATION et al

**Filing Date:**
03/24/2026

**Judicial Section:**
SD 04 - South Dade 04 - Judge King, Lawrence D

**Case Status:**
OPENINACT

**Case Type:**
Mortgage/Real Property Foreclosure (County $8,001- $15K)

**Consolidated Case No.:**

# Related Cases

No data available

# Hearing Details

No data available

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | The Bellagio Condominium Association, Inc. | **B#:** 86093<br>Daniel C Lopez (esq) | |
| Defendant | MIGUEL RAMOS, P.A., A FLORIDA CORPORATION | | |
| Defendant | IN POSSESSION, UNKNOWN TENANT | | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 29 | 08/14/2026 | | Order Case Pending Bankruptcy Stay | Event | |
| 28 | 08/13/2026 | 35445/4624 | Suggestion of Bankruptcy | Event | |
| 27 | 07/08/2026 | | Motion for Summary Judgment | Event | |
| 26 | 06/08/2026 | | Witness List | Event | |
| 21 | 05/06/2026 | | Order of Default | Event | |
| 25 | 05/05/2026 | | Exhibit List | Event | |
| 24 | 05/05/2026 | | Exhibit List | Event | |
| 23 | 05/04/2026 | | Exhibit List | Event | |
| 22 | 05/04/2026 | | Answer | Event | |
| 20 | 05/01/2026 | | Notice: | Event | NOTICE OF DROPPING PARTY |

**Exhibit B**
**1 of 2**

| | | | | | |
|---|---|---|---|---|---|
| 19 | 05/01/2026 | | Motion for Default | Event | |
| 18 | 04/30/2026 | | Summons Returned - No Service | Event | |
| 17 | 04/30/2026 | | Service Returned | Event | |
| 16 | 04/08/2026 | | Notice: | Event | of Initial Discovery Disclosure |
| 15 | 04/07/2026 | | Receipt: | Event | Receipt#:3260047 Amt Paid:$20.00 Name:DANIEL C LOPEZ (ESQ) 6900 SOUTHWEST 40TH STREET P.O. BOX 557005 MIAMI FL 33155 Comment: Allocation Code Quantity Unit Amount 2139-Summons Issue Fee 1 $10.00 $10.00 2139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$20.00 Receipt Date:04/07/2026 Register#:326 Cashier:EFilingUser EFiling #:245216170 |
| 14 | 04/06/2026 | | Electronic Summons Email Notification Sent | Event | Daniel C Lopez |
| 13 | 04/06/2026 | | Electronic Summons Email Notification Sent | Event | Daniel C Lopez |
| | 04/06/2026 | | 20 Day Summons Issued | Service | |
| 12 | 04/06/2026 | | ESummons 20 Day Issued | Event | Re: Index # 10. |
| | 04/06/2026 | | 20 Day Summons Issued | Service | |
| 11 | 04/06/2026 | | ESummons 20 Day Issued | Event | Re: Index # 9. |
| 10 | 04/02/2026 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 9 | 04/02/2026 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 8 | 03/29/2026 | | Uniform CM Order Setting PT Deadlines and Related Requirements | Event | |
| 7 | 03/26/2026 | | Receipt: | Event | Receipt#:3170062 Amt Paid:$305.00 Name:DANIEL C LOPEZ (ESQ) 6900 SOUTHWEST 40TH STREET P.O. BOX 557005 MIAMI FL 33155 Comment: Allocation Code Quantity Unit Amount 2100-County Filing Fee 1 $300.00 $300.00 2142-Recording Fee 1 $5.00 $5.00 Tender Type:eFilings Tender Amt:$305.00 Receipt Date:03/26/2026 Register#:317 Cashier:EFilingUser EFiling #:244517044 |
| 5 | 03/25/2026 | 35230/2768 | Lis Pendens | Event | |
| 4 | 03/24/2026 | | Complaint | Event | 30,000 |
| 2 | 03/24/2026 | | Notice of Appearance | Event | |
| 1 | 03/24/2026 | | Civil Cover Sheet - Claim Amount | Event | 30,000 |

**Exhibit B**
**2 of 2**

Filing # 254796495 E-Filed 08/13/2026 02:04:36 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

THE BELLAGIO CONDOMINIUM ASSOCIATION, INC.

Plaintiff,

vs.

MIGUEL RAMOS, P.A.,
Et. al.

Defendants.
_______________________________/

IN THE COUNTY COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-041206 CC 25

**(Limited Appearance for purpose of filing Suggestion of Bankruptcy)**

**SUGGESTION OF BANKRUPTCY**

COMES NOW the Defendant, MIGUEL RAMOS, by and through the undersigned attorney and states that Defendant has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida that has been assigned case number 26-20717 and relief was ordered on August 13, 2026. Defendant suggests that this action has been stayed by operation of Title 11 U.S.C. §362.

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to all parties on the Clerk's ECF list on August 13, 2026.

/s/ JARED KULLMAN
_______________________________

Jared Kullman, Esq.
Bankruptcy Attorney for Defendant
1910 South State Road 7
Miramar, FL 33023
(954) 629-9319
bankruptmenow@yahoo.com

**Exhibit C**
**1 of 1**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2026-041206-CC-25
SECTION: SD04
JUDGE: Lawrence D. King

**The Bellagio Condominium Association, Inc.**

Plaintiff(s) / Petitioner(s)

vs.

**MIGUEL RAMOS, P.A., A FLORIDA CORPORATION et al**

Defendant(s) / Respondent(s)

______________________________/

**ORDER OF BANKRUPTCY STAY AND CLOSING CASE**

Docket Index Number: **28**

It appearing that a Suggestion of Bankruptcy has been filed, the Court ORDERS that the cause is STAYED. Accordingly, the action shall be closed until further order of court. The parties are directed to advise the court in writing when the stay is lifted and the case is ready to proceed.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 14th day of August, 2026.

2026-041206-CC-25 08-14-2026 1:39 PM

2026-041206-CC-25 08-14-2026 1:39 PM
Hon. Lawrence D. King

**COUNTY COURT JUDGE**
Electronically Signed



**Exhibit D**
**1 of 2**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

- Daniel C Lopez: dlopez@neighborhoodlawgroup.com
- Daniel C Lopez: admin@neighborhoodlawgroup.com
- Jared Kullman: bankruptmenow@yahoo.com
- MIGUEL Ramos Ramos: miguelramosrealtor@gmail.com
- MIGUEL Ramos Ramos: miguelramosrealtor@gmail.com
- MIGUEL Ramos Ramos: miguelramosrealtor@gmail.com