**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: MIGUEL RAMOS,
Debtor. /

Case No: 26-20717-RAM
Chapter 13

**BELLAGIO CONDOMINIUM ASSOCIATION, INC.,'S**
**OBJECTION TO CONFIRMATION OF DEBTOR'S *PLAN* [DKT. NO. 6]**

THE BELLAGIO CONDOMINIUM ASSOCIATION, INC., ("TCBA") moves this Court to deny confirmation of Debtor's *Plan* [Dkt. No. 6] ("the Plan"), and states:

1. TBCA is the condominium association where property owned by non-Debtor, MIGUEL RAMOS, P.A., ("the P.A."), is located;

2. The aforementioned property is located at 421 NE 68 Street, Unit 8, Miami, FL 33138 ("the P.A.'s Property");

3. As of the date this case was filed, the Debtor was not a debtor of TBCA;

4. The P.A. defaulted on its obligations to TBCA and TBCA sued the P.A., and only the P.A., for damages (past due assessments, late fees, interest, and/or other administrative costs and fees, including attorneys' fees and costs) and to foreclose its lien on the P.A.'s Property;[1]

5. TBCA did not sue the Debtor. The Debtor is not a party to the Foreclosure Case;

6. Despite the fact that the Debtor does not own the P.A.'s Property, and despite the fact that TBCA was not a creditor of Debtor's as of the petition date herein, Debtor has included provisions for payment of the debt that the P.A. owes to TCBA in the Plan;

---

[1] *The Bellagio Condominium Association, Inc., v. Miguel Rams, P.A, a Florida Corporation, and Unknown Tenant in Possession*, Case No. 2026-041206-CC-25, In the County Court in and for Miami-Dade County, Florida ("the Foreclosure Case");

7. As a result of Debtor's counsel's filing of the *Suggestion of Bankruptcy*, the court in the Foreclosure Case entered an *Order of Bankruptcy Stay and Closing Case*;

8. TBCA has filed in this Court its *Motion for Order Declaring that Automatic Stay Does Not Stay Foreclosure Action Against Non-Debtor Entity, Miguel Ramos, P.A.* [Dkt. No. 17] and intends to prosecute the Foreclosure Case to completion;

Objection to Confirmation of the Plan

1. The Plan does not comply with 11 U.S.C. 1325(a)(1) in that it does not comply with the provisions of this Chapter and with the other applicable provision of the Bankruptcy Code in that it purports to cure lien arrears on property the Debtor does not own and make payments on debts the Debtor does not owe;

2. The Plan does not comply with 11 U.S.C. 1325(a)(3) in that it has not been proposed in good faith; and

3. The Plan does not comply with 11 U.S.C. 1325(a)(7) in that the action of the Debtor in filing the petition was not in good faith as evidenced by the timing of the filing after TBCA's Motion for Summary Judgment was filed in the Foreclosure Case;

WHEREFORE, THE BELLAGIO CONDOMINIUM ASSOCIATION, INC., respectfully prays that Honorable Court enter an order denying confirmation and dismissing this case on the grounds set forth above.

Submitted By:

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488

Attorney for THE BELLAGIO
CONDOMINIUM ASSOCIATION, INC.,
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by U.S. Mail on September 28, 2026, to:

None.

A true and correct copy of the foregoing has been sent by electronic transmission on September 28, 2026, to:

Jared Kuhlman at bankruptmenow@yahoo.com.

Dated: September 28, 2026

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
Attorney for THE BELLAGIO
CONDOMINIUM ASSOCIATION, INC.,
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811